Nannina L. Angioni (SBN 11041)
**KAEDIAN LLP**
3960 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (702) 706-7571
Facsimile: (310) 893-3191
nangioni@kaedianllp.com

Attorneys for Defendant,
ALL BRIGHT FAMILY DENTISTRY, LLC

Michael P. Balaban (SBN 9370)
**LAW OFFICES OF MICHAEL P. BALABAN**
10726 Del Rudini Street
Las Vegas, NV 89141
Telephone: (702) 586-2964
Facsimile: (702) 586-3023
mbalaban@balaban-law.com

Attorney for Plaintiff,
YVONNE NOSIK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| YVONNE NOSIK<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ALL BRIGHT FAMILY DENTISTRY, LLC dba ALL BRIGHT DENTAL, a Nevada Limited Liability Company<br><br>　　　　　Defendant. | Case No.: 2:18-cv-00972-RFB-PAL<br><br>**JOINT MOTION AND PROPOSED ORDER RE: CONTINUING DATE SET FOR HEARING MOTION FOR PROTECTIVE ORDER DUE TO TRIAL CONFLICT**<br><br>Action Filed: 5/27/2018 |

TO THE HONORABLE COURT:

Plaintiff Yvonne A. Nosik ("Plaintiff") and Defendant All Bright Family Dentistry, LLC d/b/a All Bright Dental ("Defendant") (hereafter Plaintiff and Defendant are jointly referred to as the "Parties"), hereby jointly stipulate and respectfully move this Court for an Order continuing the date currently set for hearing Defendant's Motion for Protective Order (ECF No. 22) from March 12, 2019 to March 15, 2019 due to the fact that Defendant's counsel will be engaged in a jury trial in another state on March 12, 2019. Good cause exists to grant the Parties' request for the following reasons:

1. On February 27, 2019, the court scheduled a hearing on Defendant's Motion for Protective Order (ECF No. 22) for March 12, 2019. See, Notice Setting Hearing on Motion (ECF No. 28).

2. At the time this Notice issued, Defendant's counsel expected to be available and to have completed a jury trial in another matter in another state (specifically, *Lesnia Mojica vs. SymAction Communications, LLC, et al.*, pending before the Los Angeles Superior Court, State of California, case number BC 619720 (the "California Jury Trial")) before March 12, 2019.

3. Unfortunately, the start date for the California Jury Trial ended up trailing and not starting as originally scheduled due to the Court being engaged in another trial at the same time.

4. On March 4, 2019, Defendant's counsel learned that the California Jury Trial would start on March 6, 2019. The California Jury Trial is estimated to take one week to complete, which would leave Defendant's counsel engaged in jury trial on March 12, 2019.

5. The Parties are currently scheduled to appear before the Court on March 15, 2019 at 3:00 p.m. for a hearing on Defendant's Motion to Dismiss the Complaint.

See, Minute Order in Chambers (ECF No. 21).

6. Defendant's counsel expects to have the California Jury Trial completed by March 15, 2019.

7. If the hearing on March 12, 2019 goes forward as planned, Defendant will not have an attorney present to argue the Motion for Protective Order and will consequently suffer prejudice.

8. The Parties have met and conferred in good faith regarding the scheduling of pending Motions in this matter and have agreed to jointly request that the hearing on the Motion for Protective Order be continued to March 15, 2019 or as soon thereafter as the Court permits to accommodate the pending jury trial conflict.

9. Because an unavoidable jury trial conflict exists and the Parties have met and conferred in good faith in an effort to reach an amicable scheduling resolution, and because Defendant's counsel cannot avoid the California Jury Trial conflict despite her best efforts to do so, good cause exists to grant the Parties' requested relief.

Therefore, the Parties stipulate and agree to continue the hearing on Defendant's Motion for Protective Order (ECF No. 22) from March 12, 2019 to March 15, 2019 at 1:00 p.m. or as soon thereafter as the Court permits.

So stipulated and agreed.

| LAW OFFICES OF<br>MICHAEL P. BALABAN | KAEDIAN LLP |
|---|---|
| /s/ Michael P. Balaban<br>Michael P. Balaban, Esq.<br>10726 Del Rudini St.<br>Las Vegas, NV  89141<br>Attorney for Plaintiff<br>Dated: March 5, 2019 | /s/ Nannina L. Angioni<br>Nannina L. Angioni, Esq.<br>3690 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV  89169<br>Attorney for Defendant<br>Dated: March 5, 2019 |

## ORDER

Upon finding good cause, it is HEREBY ORDERED that the hearing on

Defendant's Motion for Protective Order (ECF No. 22) is HEREBY CONTINUED from March 12, 2019 before Judge Leen, to March 15, 2019 at 3:00 p.m. before Judge Boulware in Courtroom 7C, to be heard in conjunction with the other matters to be determined before Judge Boulware.

**IT IS SO ORDERED.**

_____
The Honorable Peggy A. Leen
United States District Court Magistrate Judge

Dated: March 7, 2019