Nannina L. Angioni (SBN 11041)
**KAEDIAN LLP**
3960 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (702) 706-7571
Facsimile: (310) 893-3191
nangioni@kaedianllp.com

Attorneys for Defendant,
ALL BRIGHT FAMILY DENTISTRY, LLC

Michael P. Balaban (SBN 9370)
**LAW OFFICES OF MICHAEL P. BALABAN**
10726 Del Rudini Street
Las Vegas, NV 89141
Telephone: (702) 586-2964
Facsimile: (702) 586-3023
mbalaban@balaban-law.com

Attorney for Plaintiff,
YVONNE NOSIK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| YVONNE NOSIK<br><br>Plaintiff,<br><br>v.<br><br>ALL BRIGHT FAMILY DENTISTRY, LLC dba ALL BRIGHT DENTAL, a Nevada Limited Liability Company<br><br>Defendant. | Case No.: 2:18-cv-00972-RFB-VCF<br><br>**JOINT STIPULATION TO REQUEST CONTINUANCE OF DEADLINE TO SUBMIT JOINT STATUS REPORT DUE TO PLAINTIFF'S INTENDED CHANGE OF COUNSEL AND PROPOSED ORDER THEREON**<br><br>Action Filed: 5/27/2018 |

1

**JOINT STIPULATION TO REQUEST CONTINUANCE OF DEADLINE & [PROPOSED] ORDER**

TO THE HONORABLE COURT:

Plaintiff Yvonne A. Nosik ("Plaintiff") and Defendant All Bright Family Dentistry, LLC d/b/a All Bright Dental ("Defendant") (hereafter Plaintiff and Defendant are jointly referred to as the "Parties"), hereby jointly stipulate to respectfully request a brief continuance of the September 12, 2020 deadline to file a Joint Status Report and Proposed Discovery and Scheduling Order. The Parties submit this request because Plaintiff is currently in the process of engaging new counsel to represent her in this case.

## STIPULATION

1. WHEREAS, on August 12, 2020, the Court denied Plaintiff's Motion to Enforce Settlement and issued an order requiring the parties submit a Joint Status Report and Discovery Plan/Scheduling Order by September 12, 2020.

2. WHEREAS, On September 8, 2020, Plaintiff's counsel Michael Balaban filed a Motion to Withdraw as Plaintiff's Attorney in this case. As of the time of filing this Joint Stipulation and Request, the Court has not ruled on Mr. Balaban's Motion.

3. WHEREAS, On September 11, 2020, Michelle Nisce of Prime Law Group notified Defendant's counsel that Plaintiff intended to engage her to represent Plaintiff in this case. Ms. Nisce and Mr. Balaban informed Defendant's counsel that they intend to file a Stipulation to Substitute Ms. Nisce in as Plaintiff's counsel in this case. As of the time of filing this Joint Stipulation and Request, Plaintiff has not yet filed the Stipulation to Substitute counsel.

4. WHEREAS, Plaintiff's intended new counsel Ms. Nisce indicated that she requires additional time to become Plaintiff's counsel of record and get up to speed on the case before she can engage in meaningful discussions about a proposed Discovery and Scheduling Order.

5. WHEREAS, Plaintiff's soon to depart counsel, Mr. Balaban, is unable to commit to deadlines in a Discovery and Scheduling Order given that he will not be involved in this case after Ms. Nisce steps in.

6. THUS, for the reasons listed above, the Parties jointly respectfully request the Court continue the September 12, 2020 deadline to file a Joint Status Report and Proposed Discovery and Scheduling Order to September 25, 2020.

| | |
|---|---|
| LAW OFFICES OF<br>MICHAEL P. BALABAN | KAEDIAN LLP |
| */s/ Michael P. Balaban*<br>Michael P. Balaban, Esq.<br>10726 Del Rudini St.<br>Las Vegas, NV  89141<br>Attorney for Plaintiff,<br>Yvonne Nosik<br>Dated: September 12, 2020 | */s/ Nannina L. Angioni*<br>Nannina L. Angioni, Esq.<br>3690 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV  89169<br>Attorney for Defendant,<br>All Bright Family Dentistry<br>Dated: September 12, 2020 |

### ORDER

GOOD CAUSE HAVING BEEN SHOWN, the Court continues the September 12, 2020 deadline to file a Joint Status Report and Proposed Discovery and Scheduling Order to September 25, 2020.

**IT IS SO ORDERED.**

Dated:  9-21-2020

_____
The Honorable Cam Ferenbach
United States Magistrate Judge