NANNINA L. ANGIONI (Nevada Bar No. 11041)
**KAEDIAN LLP**
3690 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 706-7571
Facsimile: (310) 893-3191
nangioni@kaedianllp.com

Attorneys for Defendant
ALL BRIGHT FAMILY DENTISTRY, LLC


Leo Flangas (Nevada Bar No. 5637)
**FLANGAS CIVIL LAW FIRM, LTD.**
633 S. 4th Street, Suite 2
Las Vegas, NV 89101
Telephone: (702) 384-1990
Facsimile: (702) 720-2221
leo@flangaslawfirm.com

Attorneys for Plaintiff,
YVONNE NOSIK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| YVONNE NOSIK<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ALL BRIGHT FAMILY DENTISTRY, LLC dba ALL BRIGHT DENTAL, a Nevada Limited Liability Company<br><br>　　　　　　Defendant. | Case No.: 2:18-cv-00972-RFB-PAL<br><br>**JOINT REQUEST TO CONTINUE DEADLINE TO FILE JOINT PRETRIAL ORDER (RE: ECF NO. 87)**<br><br>Honorable Richard F. Boulware, II<br>Action Filed: 5/27/2018 |

1
**JOINT REQUEST TO CONTINUE DEADLINE FOR JOINT PRETRIAL ORDER**

Plaintiff Yvonne Nosik and Defendant All Bright Family Dentistry, LLC (jointly, the "Parties") hereby submit their joint request to continue the September 1, 2022 deadline to submit a Joint Pretrial Order (ECF No. 87) by two weeks to September 15, 2022. The Parties respectfully request this brief continuance due to Plaintiff Yvonne Nosik recently securing new counsel, namely Flangas Civil Law Firm, Ltd., new counsel taking time to get up to speed on the case, and the Parties together requiring additional time to meet and confer regarding the details in a Joint Pretrial Order. The Parties are continuing to work collaboratively on the Joint Pretrial Order. The Parties submit the requested two-week extension will cause no prejudice given the Court's request for proposed trial dates in Spring of 2023.

Dated: September 1, 2022

Respectfully submitted,
KAEDIAN LLP

_____
Nannina L. Angioni
Attorneys for Defendant,
ALL BRIGHT FAMILY DENTISTRY

Dated: September 1, 2022

FLANGAS CIVIL LAW FIRM, LTD.

*Leo Flangas*
Leo Flangas
Attorneys for Plaintiff
YVONNE NOSIK

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 6th day of September, 2022.