# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Yvonne Nosik,<br><br>    Plaintiff(s),<br><br>vs.<br><br>M Michelle Nisce, et al.,<br><br>    Defendant(s). | 2:18-cv-00972-RFB-MDC<br><br>Order |

  This case is six years old. After the parties filed a notice of settlement (ECF No. 110), the Court ordered the parties to "submit a stipulation to dismiss or joint status report before or on May 23, 2024." ECF No. 111. The parties have not complied with the Court's Order.

  IT IS ORDERED that by Monday, June 3, 2024, the parties shall file either:

1. A short status report; OR
2. A stipulation to dismiss this case.
3. Failure to comply with this order may result in a report and recommendation that this case be dismissed.

Dated this 24th day of May 2024.

                        _____
                        Hon. Maximiliano D. Couvillier III
                        United States Magistrate Judge